FILED

SEP 14 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-02262-DMR<br>*SEALED*<br><br>**ORDER TO RESPOND TO PLAINTIFF AND RELATOR'S MOTION TO FILE AN AMENDED COMPLAINT**<br><br>Re: Dkt. No. 12 |

On September 9, 2015, Plaintiff and Relator Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") filed a motion pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to amend its complaint. [Docket No. 12.] Given the unique nature of this *qui tam* case and the fact that the complaint has not yet been served on Defendants, the court orders the United States to file a statement indicating whether it intends to file an opposition to KBT&F's motion by no later than September 18, 2015.

**IT IS SO ORDERED.**

Dated: September 14, 2015



Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, et al.,<br><br>Defendants. | Case No. 4:15-cv-02262-DMR<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2015, I SERVED a true and correct copy(ies) of the Order to Respond to Plaintiff and Relator's Motion to File an Amended Complaint, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew A. Davenport
1349 West Peachtree St., N.W. Suite 1500
Atlanta, GA 30309

William M. Goodman
Kasowitz, Benson, Torres & Friedman LLP
101 California Street
Suite 2300
San Francisco, CA 94111

Dated: September 14, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU