**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, <br><br>*Plaintiff*, <br><br>v. <br><br>BASF CORPORATION; BAYER MATERIAL SCIENCE, LLC f/k/a/ MILES, INC. f/k/a MOBAY CHEMICAL COMPANY; THE DOW CHEMICAL COMPANY; and HUNTSMAN INTERNATIONAL LLC, f/k/a IMPERIAL CHEMICAL INDUSTRIES PLC and f/k/a ICI AMERICAS, INC., <br><br>*Defendants*. | Case No. 1:16-CV-02269-RMC |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants BASF Corporation, Covestro LLC (f/k/a Bayer MaterialScience LLC), The Dow Chemical Company, and Huntsman International LLC (collectively, Defendants) respectfully move this Court to dismiss Relator Kasowitz, Benson, Torres & Friedman LLP's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b). As discussed in the accompanying Memorandum of Points and Authorities, Relator alleges no actionable conduct under the False Claims Act.  Defendants respectfully request the Court to dismiss all counts in the Amended Complaint with prejudice.

A proposed order is attached.

December 9, 2016                        Respectfully submitted,

                                          KIRKLAND & ELLIS LLP
/s/ *Christopher Landau*
Christopher Landau, P.C. (DC Bar No. 425319)
clandau@kirkland.com
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Michael Foradas, P.C. (admitted *pro hac vice*)
mforadas@kirkland.com
Nader Boulos (admitted *pro hac vice*)
nboulos@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Jeremy M. Feigenbaum (admitted *pro hac vice*)
jeremy.feigenbaum@kirkland.com
601 Lexington Avenue
New York, NY 10010
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

LATHAM & WATKINS LLP
/s/ *Alice S. Fisher*
Alice S. Fisher (DC Bar No. 437492)
alice.fisher@lw.com
Anne W. Robinson (DC Bar No. 503232)
anne.robinson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Steven M. Bauer (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for The Dow Chemical Company*

VENABLE LLP
/s/ *Seth A. Rosenthal*
Seth A. Rosenthal (DC Bar No. 482586)
sarosenthal@venable.com
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4741
Facsimile: (202) 344-8300

*Attorney for BASF Corporation*


BRADLEY ARANT BOULT CUMMINGS, LLP
/s/ *Kyle C. Hankey*
Kyle C. Hankey (DC Bar No. 1010827)
khankey@bradley.com
1615 L Street NW, Suite 1350
Washington, DC 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684

Fred M. Haston III (admitted *pro hac vice*)
thaston@bradley.com
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8303
Facsimile: (205) 488-6303

William F. Goodman III (admitted *pro hac vice*)
wgoodman@bradley.com
Roundabout Plaza, 1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2381
Facsimile: (615) 252-6381

*Attorneys for Covestro LLC*


REED SMITH LLP
/s/ *Lawrence Sher*
Lawrence S. Sher (DC Bar No. 430469)
lsher@reedsmith.com
1301 K Street, NW
Suite 1000-East Tower
Washington, DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299

>Scott D. Baker (admitted *pro hac vice*)
>sbaker@reedsmith.com
>Raymond Cardozo (admitted *pro hac vice*)
>rcardozo@reedsmith.com
>101 Second Street, Suite 1800
>San Francisco, CA 94105
>Telephone: (415) 543-8700
>Facsimile: (415) 391-8269
>
>James L. Sanders (admitted *pro hac vice*)
>jsanders@reedsmith.com
>Francisca M. Mok (admitted *pro hac vice*)
>fmok@reedsmith.com
>1901 Avenue of the Stars, Suite 700
>Los Angeles, CA 90067
>Telephone: (310) 734-5200
>Facsimile: (310) 734-5299
>
>*Attorneys for Huntsman International LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this ninth day of December, 2016, the foregoing Motion along with the supporting Memorandum of Points and Authorities and Exhibits were electronically filed with the Clerk of Courts using the electronic filing system which will send a notice of electronic filing to all parties who have registered with the electronic filing system. The following parties have been served, by their consent, via e-mail.

>Erica Blachman Hitchings
>Erica.hitchings@usdoj.gov
>United States Attorney's Office
>Northern District of California
>450 Golden Gate Avenue
>P.O. Box 36055
>San Francisco, CA 94102

>/s/ *Christopher Landau*
>Christopher Landau

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> BASF CORPORATION; BAYER MATERIAL SCIENCE, LLC f/k/a/ MILES, INC. f/k/a MOBAY CHEMICAL COMPANY; THE DOW CHEMICAL COMPANY; and HUNTSMAN INTERNATIONAL LLC, f/k/a IMPERIAL CHEMICAL INDUSTRIES PLC and f/k/a ICI AMERICAS, INC., <br><br> *Defendants*. | Case No. 1:16-CV-02269-RMC |

**[PROPOSED] ORDER**

BASF Corporation, Covestro LLC (f/k/a Bayer MaterialScience LLC), The Dow Chemical Company, and Huntsman International LLC having filed their Motion to Dismiss Relator Kasowitz, Benson, Torres & Friedman LLP's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b), and the Relator having filed a Memorandum of Points and Authorities in opposition, and the Court having considered the materials and arguments submitted by the parties, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED and Relator Kasowitz, Benson, Torres & Friedman LLP's Amended Complaint is DISMISSED with prejudice.

Done this ____ day of _____, 2016

                                                                            Honorable Rosemary M. Collyer
                                                                            United States District Judge

Copies to:

Christopher Landau, P.C.
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Michael Foradas, P.C.
Nader Boulos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Jeremy M. Feigenbaum
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10010
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Alice S. Fisher
Anne W. Robinson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Steven M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendant*
*The Dow Chemical Company*

Seth A. Rosenthal
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4741
Facsimile: (202) 344-8300

*Attorney for Defendant BASF Corporation*

Kyle C. Hankey
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW, Suite 1350
Washington, DC 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684

Fred M. Haston III
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8303
Facsimile: (205) 488-6303

William F. Goodman III
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza, 1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2381
Facsimile: (615) 252-6381

*Attorneys for Defendant Covestro LLC*

Lawrence S. Sher
REED SMITH LLP
1301 K Street, NW
Suite 1000-East Tower
Washington, DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299

Scott D. Baker
Raymond Cardozo
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

James L. Sanders
Francisca M. Mok
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
Facsimile: (310) 734-5299

*Attorneys for Defendant Huntsman International LLC*

Daniel R. Benson
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019-6799
Telephone: (212) 506-1720

Andrew A. Davenport
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
1349 West Peachtree Street, NW, Suite 1500
Atlanta, GA 30309
Telephone: (404) 260-6106

Ann M. St. Peter-Griffith
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
The Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1054

*Attorneys for Plaintiff-Relator*

Sotiris A. Planzos
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 204-3005

*Attorneys for Plaintiff-Relator*